# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: M-24-193-SM

Charging Document: **Complaint**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☐

Forfeiture: Y ☐  OCDETF: Y ☐  McGirt: Y ☐   Warrant ☑  Summons ☐  Notice ☐   N ☐
N ☑            N ☑            N ☑           Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: cb

| | |
|---|---|
| Name: **Matthew Ryan Blevins** | |
| Alias(es): | Address: OK 73120 |
| | FBI No.: |
| DOB: 2002 | SSN: XXX-XX-XXXX | Race: White | Interpreter: Y ☐  N ☑ |
| Sex: M ☑  F ☐ | Juvenile: Y ☐  N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**           **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody      ☑ Detention Requested     Complaint: Y ☐  N ☑
☐ Type of Bond: _____                          Magistrate Judge Case No.: MJ-
☑ In Custody at: Oklahoma County Jail
Inmate/Prisoner/Register No.: _____            Previously Detained: Y ☐  N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____        AUSA: Mary E. Walters
☐ CJA Panel         Address: _____     Agent/Agency: ATF
☐ Retained          Phone: _____       Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(o) | Unlawful Possession of Machineguns | NMT 10 years' imprisonment, $250,000 fine, or both; NMT 3 years' SR; and $100 SA. |

Signature of AUSA: s/Mary E Walters          Date: 03/01/2024

1/22